UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| GABINO ANDRES ROMERO,<br>    Petitioner,<br>v.<br>C. KOENIG,<br>    Respondent. | Case No. 21-cv-05559-LB<br><br>**ORDER OF TRANSFER**<br>Re: ECF No. 2 |

Petitioner has filed a petition for writ of habeas corpus to challenge the sentence imposed on him following his conviction in the Santa Barbara County Superior Court. Santa Barbara County lies within the venue of the Central District of California. Petitioner is confined at the Correctional Training Facility in Soledad. That facility is in Monterey County, within the venue of the Northern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d), although a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* N. D. Cal. Habeas L.R. 2254-3(b). The preferred venue for this action is the Central District of California because Petitioner was convicted and the sentence was imposed in that district. Pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Central District of California. The clerk shall transfer this matter forthwith and DISMISS all pending motions.

ORDER – No. 21-cv-05559-LB

**IT IS SO ORDERED.**

Dated: July 21, 2021

_____
LAUREL BEELER
United States Magistrate Judge